THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RESHAUD TODD BROWN, | CASE NO. C19-1977-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| JERI BOE, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner Reshaud Todd Brown's motion for an extension of time to file objections to a pending Report and Recommendation (Dkt. No. 20). The Court GRANTS the motion. Petitioner's objections are due on or before January 5, 2021. The Court DIRECTS the Clerk to renote the Report and Recommendation (Dkt. No. 16) for January 5, 2021.

DATED this 7th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-1977-JCC
PAGE - 1